# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _New York_

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. _16-CR-000206(ILG)_ |
| _Koe Wook Lee_ | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _5-23-2018_

_____
Defendant's signature

_____
Signature of defendant's attorney

_Lawrence M. Herrmann_
Printed name of defendant's attorney

_____
Judge's signature

s/ ILG
_____
Judge's printed name and title