# MACDONALD LAW FIRM

**Angelo G. MacDonald, Esq.**
200 West 60th Street, Suite 3C
New York, New York 10023
(917) 385-1001
Fax: 914-725-1700
gothamlaw@yahoo.com

- Admitted in New York and New Jersey -

June 10, 2019

The Honorable Senior Justice I Leo Glasser, USDJ
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kae Wok Lee
                 18-CR-00206 (ILG)
                 Request for Reconsideration of Prison Component
                 of Sentence
                 Submission of Medical related documents in
                 Support – Exhibits A - I

Dear Judge Glasser:

      I have been asked by Mr. Lee to petition this Honorable Court for reconsideration of the prison component of the sentence this court imposed on Mr. Lee on April 25, 2019. The basis of this request are recent (and past) medical reports and related documents that, I submit, shed new light on Mr. Lee's health status and, I further submit, should weigh heavily in Mr. Lee's favor and mitigate towards a more lenient and favorable imposition of jail time, either the imposition of no jail time or a fair and prudent reduction in the amount of jail time already imposed.

      To be clear, Mr. Lee is neither asking for nor seeking any reconsideration of any other component of the sentence.

      On April 25, 2019 this Court sentenced Mr. Lee to one (1) year and one (1) day of jail, a two (2) year term of post release supervision, a $ 612,500.00 amount of restitution (with a required monthly payment) and other standard sentencing components, as the result of his May 23, 2018 guilty plea/s to T.26, U.S.C. Section 7202, T.18, U.S.C. Sections 3551, et. seq.

      Mr. Lee has been ordered to appear at a designated federal correctional facility on June 20, 2019. He has not yet been notified as to which facility that will be.

I am unaware if the Pre-Sentence Report (PSR) sufficiently detailed Mr. Lee's substantial medical history or was updated with addendums detailing his most recent (within the last 60 days) medical status (diagnosis of TB), which may have had some bearing on the jail component imposed at the time of sentencing.

Therefore, I am respectfully submitting a number of medical documents and reports, some concerning previous medical operations, but more significant, recent medical reports that, I submit, should weigh heavily in Mr. Lee's favor and mitigate towards a more lenient and favorable imposition of jail time.

I am submitting copies of these same documents to the DOJ, Mark W. Kotila and Sean M. Green.

Mr. Lee is available to meet with Pre-Trial Services and/or appear, with counsel, before the Court at any time.

Any consideration with this request is greatly appreciated.

Respectfully submitted,

Angelo G. MacDonald

Cc:   Trial Attorneys Mark W. Kotila (VIA ECF) and
      Sean M. Green (VIA ECF)
       USDOJ