UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                                                                       ORDER
      v.                                                                                                                      18-CR-206

KAE WOK LEE,

                Defendant.
------------------------------------------------------------x
GLASSER, Senior United States District Judge:

       The Defendant has petitioned the court to reconsider the sentence imposed on April 25, 2019. More specifically, he requested that his sentence be reduced.

       Rule 35 of the Federal Rules of Criminal Procedure, as it was amended in 1991, no longer authorizes the court to reduce a sentence, except as provided in § 35(b). The petition is, therefore, DENIED.

       SO ORDERED.

Dated:      Brooklyn, New York
               June 19, 2019                                             /s/
                                                                         I. Leo Glasser
                                                                         Senior United States District Judge